**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANCE M. GARDNER,

    Petitioner,

  v.

STATE OF CALIFORNIA, et al.,

    Respondents.

No. C 08-04542 SBA (PR)

**ORDER OF DISMISSAL**

    Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. His application to proceed in forma pauperis has been granted. In an Order dated November 10, 2008, the Court dismissed his petition with leave to amend to allege whether he has exhausted his state judicial remedies. Plaintiff has since filed an amended petition. He admits that he did not exhaust his state remedies before filing his federal habeas petition.

    Prisoners in state custody who wish to challenge in federal habeas proceedings either the fact or length of their confinement are first required to exhaust state judicial remedies by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b), (c); Rose v. Lundy, 455 U.S. 509, 515-16 (1982). If available state remedies have not been exhausted as to all claims, the district court must dismiss the petition. Id. at 510; Guizar v. Estelle, 843 F.2d 371, 372 (9th Cir. 1988). A dismissal solely for failure to exhaust is not a bar to returning to federal court after exhausting available state remedies. See Trimble v. City of Santa Rosa, 49 F.3d 583, 586 (9th Cir. 1995).

    Because Petitioner did not present his claims to the state supreme court for review, either in a petition for review or in a state petition for a writ of habeas corpus, his federal petition is unexhausted and must be DISMISSED. This dismissal is without prejudice to Petitioner returning to state court to exhaust his state remedies and then filing a new federal habeas corpus petition. Should he do so, he is advised to file his new federal habeas corpus petition as soon as possible after his

state court proceedings have concluded. The Court makes no ruling at this time on the issue of the timeliness of any future federal petition.

The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 12/18/08

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Gardner4542.dismiss-unexh.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE M. GARDNER,<br><br>      Plaintiff,<br><br>  v.<br><br>CALIFORNIA STATE OF et al,<br><br>      Defendant.<br>_____/ | Case Number: CV08-04542 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lance M. Gardner G-29190
San Quentin State Prison
San Quentin, CA 94974

Dated: December 19, 2008

                                         Richard W. Wieking, Clerk
                                         By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Gardner4542.dismiss-unexh.wpd  3